**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, et al.,** ) ) ) ) | 1:07-cv-00498- OWW - NEW (WMW) |
| Plaintiffs, ) ) | ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO TAKE EXPEDITED DISCOVERY |
| vs. ) ) ) | |
| **DOES 1 -10,** ) ) | [Doc. 6] |
| Defendants. ) ) ) | |
| _____ ) | |

On April 3, 2007, Plaintiffs, record companies which own the copyrights in sound recordings, filed an ex parte application for leave to take expedited discovery pursuant to Rule 26, Federal Rules of Civil Procedure. In this application, Plaintiffs seek leave of court to take limited, immediate discovery to determine the true identities of Doe Defendants who are being sued for direct copyright infringement. Without such discovery, Plaintiffs cannot identify the Doe Defendants, and thus cannot pursue their lawsuit to protect their copyrighted works from infringement. Accordingly, the court will grant Plaintiffs' application for the

reasons stated therein.

Based on the foregoing, IT IS HEREBY ORDERED AS FOLLOWS:

1) Plaintiffs may immediately serve Rule 45 subpoenas on Barry Merchant, Catherine Merchant, Brian Merchant, and Keith Merchant seeking written discovery and depositions, as well as computer inspections of any computers owned or used by any of these four individuals.  These subpoenas shall seek information sufficient to identify each Doe Defendant.

2) Plaintiffs may immediately serve discovery on America Online by serving a Rule 45 subpoena that seeks information to help identify each Doe Defendant.

3) Any information disclosed to Plaintiffs in response to the Rule 45 subpoenas may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under Copyright Law.

IT IS SO ORDERED.

**Dated:   July 9, 2007**          **/s/  William M. Wunderlich**
                                    UNITED STATES MAGISTRATE JUDGE

2