1  Thomas M. Kerr (CA State Bar No. 241530)
   Matthew Franklin Jaksa (CA State Bar No. 248072)
2  Eve Burton (admitted *pro hac vice*)
   HOLME ROBERTS & OWEN LLP
3  560 Mission Street, 25th Floor
4  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
5  Facsimile:   (415) 268-1999
6  Email:       tom.kerr@hro.com

7  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
8  BMG MUSIC; PRIORITY RECORDS
9  LLC; WARNER BROS. RECORDS, INC.;
   INTERSCOPE RECORDS; MAVERICK
10 RECORDING COMPANY; VIRGIN
   RECORDS AMERICA, INC.; and UMG
11 RECORDINGS, INC.

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
                           FRESNO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; PRIORITY RECORDS LLC, a California limited liability company; WARNER BROS. RECORDS, INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; MAVERICK RECORDING COMPANY, a California joint venture; VIRGIN RECORDS AMERICA, INC., a California corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>DOES 1-10,<br>　　　　　　Defendant. | CASE NO. 1:07-CV-00498-OWW-NEW WMW<br><br>Honorable Oliver W. Wanger<br><br>**ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO SERVE DEFENDANTS** |

[PROPOSED] ORDER
Case No. 1:07-CV-00498-OWW-NEW WMW
#31486 v1

PDF created with pdfFactory trial version www.pdffactory.com

1   Upon Plaintiffs' *Ex Parte Application* to Continue Case Management Conference and
2   Extend Time to Serve Defendants, and good cause having been shown, it is hereby:
3   ORDERED, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b), that
4   Plaintiffs' time to serve the summons and complaint on Defendants is hereby extended to
5   November 8, 2007.
6   IT IS FURTHER ORDERED that the case management conference currently scheduled
7   for August 9, 2007, at 8:45 a.m. is hereby continued to November 8, 2007.

11  Dated:  __8/3/2007_____                By:  _/s/ Oliver W. Wanger_____
                                                   Hon. Oliver W. Wanger
12                                                 United States District Judge

1

[PROPOSED] ORDER
Case No. 1:07-CV-00498-OWW-NEW WMW
#31486 v1

PDF created with pdfFactory trial version www.pdffactory.com