UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT, | ) | |
| | ) | 1:07-CV-0498 OWW GSA |
| Plaintiff, | ) | |
| v. | ) | **ORDER DISMISSING ACTION** |
| DOES 1-10, | ) | |
| Defendant. | ) | |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   October 16, 2007**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

1